**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| JOSHUA MATTHEWS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>MID CITY CANNABIS CLUB, INC. d/b/a LA BREA COLLECTIVE, a California corporation,<br><br>*Defendant.* | Case No. **2:20-cv-07841-PA-JPR**<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

Plaintiff, Joshua Matthews, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Dated: April 19, 2021

Respectfully Submitted,

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
California Bar No.330990
1925 Century Park E #1700
Los Angeles, California 90067
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
California Bar No.330990
1925 Century Park E #1700
Los Angeles, California 90067
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

By:   /s/ Scott Edelsberg
      Scott Edelsberg, Esq.
      California Bar No. 330990

*Attorneys for Plaintiff and the Class*

---

3
**NOTICE OF SETTLEMENT**