Joshua Moyer, Esq.
California Bar No. 259 908
jmoyer@shamisgentile.com
**SHAMIS GENTILE, P.A.**
401 W. A street, Suite 200
San Diego, CA 92 101
Office: (305) 479-2299
Fax: (786) 623-0915

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330 990)
1925 Century Park E #1700
Los Angeles, CA 90 067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSHUA MATTHEWS, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>vs.<br><br>MID CITY CANNABIS CLUB, INC. d/b/a LA BREA COLLECTIVE, a California corporation,<br><br>        *Defendant.* | Case No. **2:20-cv-07841-PA-JPR**<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Joshua Matthews, and Defendant, Mid City Cannabis Club, Inc. d/b/a La Brea Collective, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Joshua Matthews, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

3. Each party shall bear its own attorneys' fees and costs.

Dated: May 5, 2021

Respectfully Submitted,

/s/ *Joshua Moyer*
Joshua Moyer, Esq.
California Bar No. 259 908
jmoyer@shamisgentile.com
**SHAMIS GENTILE, P.A.**
401 W. A street, Suite 200
San Diego, CA 92 101
Office: (305) 479-2299
Fax: (786) 623-0915

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
California Bar No.330990
1925 Century Park E #1700
Los Angeles, California 90 067
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

By: /s/ *Nathaniel Lipanovich*
Andrew P. Holland
Bar No. 224 737
aholland@thoits.com
Mark V. Boennighausen
Bar No. 142 147
mboennighausen@thoits.com
Nathaniel H. Lipanovich
Bar No. 292 283
nlipanovich@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94 022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By: */s/ Joshua Moyer*
Joshua Moyer, Esq.
California Bar No. 259 908

*Attorneys for Plaintiff and the Class*